**Francisca Aguilar ROCHA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–73813.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 18, 2013.*

Filed Jan. 23, 2013.

Christopher John Stender, Esquire, Federal Immigration Counselors, Inc., APC, San Francisco, CA, for Petitioner.

Aimee J. Frederickson, Michael Christopher Heyse, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, FARRIS, and BYBEE, Circuit Judges.

MEMORANDUM **

Rocha petitions for review of the Board of Immigration Appeals's denial of her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252(b) and we deny the petition.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The Board did not abuse its discretion because it gave a reasoned basis for its decision by stating correctly that Rocha had submitted no evidence showing that she had a well-founded fear of persecution or that she faces a clear probability of torture. *See Konstantinova v. I.N.S.*, 195 F.3d 528, 529 (9th Cir.1999).

**PETITION DENIED.**